IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA  Plaintiff,  vs.  COLE ADAMS,  Defendant. | Case No. 4:16cr3061  Order |

Before the Court is the request for transcript of hearing held on January 26, 2017 [49].

IT IS ORDERED:

1. The request for transcript, filing [60] is granted.

2. Hana Adams, is ordered to pay to the Clerk the amount of $106.70. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $106.70, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on January 26, 2017. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: April 7, 2017

BY THE COURT:

s/ John M. Gerrard
United States District Judge